IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOHN HENRY ALLEN, SR.,                          *

             Plaintiff,                    *

v.                                              Case No. 7:23-cv-123 (LAG)

                                  *

GEORGIA DEPARTMENT OF
TRANSPORTATION,                                 *

             Defendant.                    *

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 2nd day of March, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk